DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  4:92CR447 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| Charlie Jones | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

  The defendant and his counsel, Jacqueline Johnson  appeared before this Court on July 12, 2011.  A report and recommendation was filed on  June 27, 2011.  (See docket #108).  The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

  IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of time served.   The period of supervised release is hereby terminated.

  IT IS SO ORDERED.

 July 12, 2011           */s/ David D. Dowd, Jr.*
Date                David D. Dowd, Jr.
                 U.S. District Judge